IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| THOMAS GEOFF CURTIS, | CV 26-19-M-KLD |
| Plaintiff, | |
| vs. | ORDER |
| SAFECO INSURANCE COMPANY OF AMERICA, | |
| Defendant, | |

The parties have filed a stipulation for dismissal with prejudice. (Doc.12).

Accordingly, and good cause appearing,

IT IS ORDERED that this case is dismissed with prejudice as fully and

finally settled on the merits, with each party to bear its own costs and attorney fees.

DATED this 9th day of March, 2026.

_____
Kathleen L. DeSoto
United States Magistrate Judge

1